Thomas H. Allen, State Bar #11160
Lance A. Francis, State Bar #24692
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: tallen@asbazlaw.com
       lfrancis@asbazlaw.com

Attorneys for Christopher and Lori Melander

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| CHRISTOPHER JOHN MELANDER and LORI LYNN MELANDER, | Case No. 2-09-bk-12307-SSC |
| Debtors. | |
| BANK OF AMERICA, | |
| Movant, | |
| v. | **LIMITED OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| CHRISTOPHER JOHN MELANDER and LORI LYNN MELANDER, Debtors, BRIAN J. MULLEN, Trustee, | |
| Respondents. | |

Christopher John Melander and Lori Lynn Melander ("Debtors") hereby object to Movant's *Motion to Lift the Automatic Bankruptcy Stay* ("Motion") filed by Movant Bank of America, N.A. ("Bank of America") concerning real property located at 7312 E. Forest Trail Circle, Mesa, Arizona 85207 ("the Property"). The Debtors object to the relief requested by Bank of America because Debtors have been negotiating in good faith with Bank of America on a loan modification. The Debtors continue to be engaged with Bank of America in the loan modification process and have relied upon representations by Bank of America that the loan modification is pending approval.

/ / /

/ / /

I:\2300\2389-Melander\ObjectiontoMFR.DOC

1     **WHEREFORE**, Debtors Christopher John Melander and Lori Lynn Melander object to the *Motion for Relief from Automatic Stay* filed by Bank of America, and request that the Motion be denied.

DATED: July 13, 2009

**ALLEN, SALA & BAYNE, PLC**

*/s/ LAF #24692*
Thomas H. Allen
Lance A. Francis
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Christopher and Lori Melander

COPY of the foregoing mailed
on July 13, 2009 to:

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

Mark S. Bosco, Esq.
TIFFANY & BOSCO, P.A.
2525 E. Camelback Road, Suite 300
Phoenix, AZ 85016
*Attorneys for Movant Bank of America*

*/s/ Misty Hinshaw*